UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,<br><br>        Petitioner,<br><br>  v.<br><br>CDCR, et al.,<br><br>        Respondents. | No. 2:16-cv-3033-GEB-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel. He seeks leave to proceed in forma pauperis. He has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, petitioner will be provided the opportunity to submit the application on the appropriate form.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee.

3. Petitioner's failure to comply with this order may result in this action being dismissed.

Dated: January 17, 2017.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE